# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THOMAS JAMES SCHMOKEL,

    Plaintiff,

v.                                       CASE NO. 4:06cv509-RH/WCS

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed without prejudice. The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 21st day of January, 2007.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge